# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGKANA NOYES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, *et al.*,<br><br>    Defendants. | Case No. 2:25-cv-0048-GMN-NJK<br><br>**Order**<br><br>[Docket No. 20] |

Plaintiffs filed their initial disclosures on the docket. Docket No. 20. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: March 19, 2025

                                                                                                   _____
                                                                                                   Nancy J. Koppe
                                                                                                   United States Magistrate Judge

1