# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID JONATHAN NOYES, et al., <br><br>    Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, <br><br>    Defendants. | Case No. 2:25-cv-00048-GMN-NJK <br><br> **Order** <br><br> [Docket Nos. 24, 25] |

Pending before the court is a motion for leave to file excess pages, Docket No. 24, as well as a 57-page motion to extend case management deadlines, Docket No. 25. While the Court recognizes Plaintiffs' *pro se* status and Plaintiffs' contention that there are complex issues at hand, a request for relief from case management deadlines is generally a straightforward endeavor that can be presented in fewer pages than allotted by the local rules. *See* Local Rule 7-2(b). The Court is not persuaded that excess pages are warranted, so the motion for leave to file excess pages (Docket No. 24) is DENIED. Because the concurrent motion to extend (Docket No. 25) exceeds the allowable pages, it is DENIED without prejudice.

IT IS SO ORDERED.

Dated: July 14, 2025

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge