# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Angkana Noyes, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>Mr. Cooper Mortgage Servicing, et al.,<br><br>        Defendant(s). | Case No. 2:25-cv-00048-GMN-NJK<br><br>**Order** |

Due to conflicting duties of the Court, the settlement conference is **CONTINUED** to 10:00 a.m. on March 24, 2026. Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on March 17, 2026. All other requirements for the settlement conference (*see* Docket No. 33) remain unchanged.

IT IS SO ORDERED.

Dated: November 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge