**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| David Jonathan Noyes, et al., | Case No. 2:25-cv-00048-GMN-NJK |
|     Plaintiff(s), | **Order** |
| v. | |
| Mr. Cooper Mortgage Servicing, et al., | |
|     Defendant(s). | |

Due to conflicting duties of the Court, the settlement conference is **CONTINUED** to 10:00 a.m. on August 11, 2026. The parties must submit settlement statements to the undersigned's box in the Clerk's Office by 3:00 p.m. on August 4, 2026. All other requirements for the settlement conference (*see* Docket No. 33) remain unchanged.

IT IS SO ORDERED.

Dated: March 31, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1